Ena M. Grattage  
vs.  } Divorce No. 10704  
Charles Grattage

RESCRIPT

December 10, 1918

TANNER, P. J. The respondent seeks to void the decree allowing the compalinant temporary alimony by producing an agreement for separation between the parties, in which for the consideration of $75 the complainant agreed to waive her rights to support.

Such agreements are valid if fair and reasonable. We are of the opinion, however, that the sum of $75 was a merely nominal consideration and by no means adequate.

The motion to modify the decree is therefore denied.

Commonwealth of Penn. vs. Smith, 13 Penn. Superior Court, 358.

For petitioner: Quinn and McKiernan.
For respondent: Cooney and Cahill.

---

**253**

Louis Lescault  
vs.  } Law No. 42959  
Camille Forest et al.

RESCRIPT

December 10, 1918

TANNER, P. J. This is a jury trial waived in which the plaintiff seeks to recover upon a promissory note for $1210 against the estate of one Emma Forest and her living husband Camille Forest.

We are of the opinion that the defendants have sustained the burden of proof to show that there has been a failure of consideration of the note sued upon. While it is true that the plaintiff is not obliged to account for what Emma Forest did with the money which he alleges was loaned to her, it would be very natural under the circumstances that the plaintiff should have what she was to do with the money. We think it is extremely probable that the

known or had some idea from her of

story told by the defendants is true: that the plaintiff was seeking to protect himself to the amount of the other note for substantially the same sum, on which the man Lavasseur had received the money on the original loan.

Decision for defendants.

For plaintiff: Fitzgerald and Higgins and H. M. Devlin.

For defendants: E. J. Daignault and A. M. Surprenant.